**\*\*E-filed 08/26/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA MCCOMAS, et al., | No. C 10-2622 RS |
| Plaintiffs, | **ORDER DENYING MOTION TO CONTINUE** |
| v. | |
| EARL L. WALLACE, et al., | |
| Defendants, | |

Plaintiffs seek an order vacating the present hearing date for the numerous pending motions to dismiss so that a single hearing can be held once all of the defendants have had an opportunity to answer or to move to dismiss. Plaintiffs' motion is denied. On its own motion, the Court has previously reset all the motions filed to date to be heard on September 30, 2010. By Clerk's Notice, defendants have also been encouraged to file any additional motions to dismiss by this date so that they may also be set on September 30th.[1] Defendants who have already filed motions to dismiss have a legitimate interest in having them promptly resolved such that it would be unfair to delay the hearing further to such an unspecified future date. While later-served defendants will have the right to file such motions as they see fit and to have those motions heard on their own merits, it is also the case that any ruling on the pending motions will likely also serve to inform other defendants as to

---

[1] Parties that had not yet appeared did not receive electronic notification of that Clerk's notice, but any party that can still comply with it should do so.

what, if any, arguments are likely to be viable. The inefficiencies inherent in hearing similar motions sequentially should thereby be mitigated to a significant degree.

The Court reserves the right to continue the September 30, 2010 hearing for some limited time period in the event additional motions are filed that should be heard together with those already pending. Any stipulations for a continuance would also be entertained, in the event all affected parties agree that one is warranted.

IT IS SO ORDERED.

Dated: 08/26/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE