| | |
|---|---|
| 1 | Michael T. Pines (SBN 77771)<br>PINES & ASSOCIATES |
| 2 | 732 N. Coast Highway 101, Suite B<br>Encinitas, California 92024 |
| 3 | Telephone:  760-642-0414<br>Facsimile:  760-301-0093 |
| 4 | michaeltpines@gmail.com |
| 5 | Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| URSULA MCCOMAS, an individual; GREGORY STRANGE, an individual; DEBORAH MCINTYRE, an individual; IMSOON KIM, an individual; TIMOTHY HIROU, an individual; NORA HIROU, an individual; RENE ZEPEDA, an individual; OTILIA ZEPEDA, an individual; CARLOS MARROQUIN, an individual; SUSANA MARROQUIN, an individual; TRUNG TAN HUYNH, an individual; THUY THANH NGUYEN, an individual; CUONG TAN NGUYEN, an individual; DAVE E. PEREZ, an individual; VIRGINIA V. PEREZ, an individual; MARIE C. LIME, an individual; ANNIE ANH NGUYEN, an individual; JULIANN MINH-THAO TRAN, an individual; THANH NGOC BUI, an individual; THANH THI NGUYEN, an individual; TAMIE HUYNH, an individual; JIM EARL, an individual; DANIELLE EARL, an individual; HUE THI CAM PHAM, an individual; RACHAEL EARL, an individual, NANCY SHAW an individual, MCCELL SHAW, an individual, STEPHEN DAY, an individual,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>EARL R. WALLACE, an individual; RUZICKA & WALLACE, LLP, a California law firm; LUNDBERG AND ASSOCIATES, a Utah law firm; DEANNA L. WARDEN, an individual; RICHARD GUNNERSON, an individual; DEMARTINI AND WALKER, a California law firm; VINCENT J. DEMARTINI, an individual; BARRETT SCHAEFER, an individual; LEWITT, HACKMAN, SHAPIRO, MARSHALL & | Case No.:_CV 10 2622_____<br><br>**NOTICE OF VOLUNATARY DISMISSAL WITHOUT PREJUDICE**<br><br>CLASS ACTION<br><br>JURY DEMAND<br><br>Judge: Hon. James Larson |

---

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE                         - Case No. CV 10 2622__

| | |
|---|---|
| 1 | HARLAN, a California law firm; NICHOLAS KANTOR, an individual; NAIMAN LAW GROUP, a California Law Firm; RANDALL NAIMAN, an individual; MALCOLM AND CISNEROS, a California Law Corporation; WILLIAM G. MALCOLM, an individual; NICOLAS BRUTOCAO, an individual; KEVIN HAHN, an individual; MILES, BAUER, BERGSTROM & WINTERS, LLP, a California Partnership; RYAN W. STOCKING, and individual; SILVERSTEIN EVICTION LAW, a California law firm; STEVEN D. SILVERSTEIN, an individual; JACKSON & ASSOCIATES, a California law firm; ROBERT J. JACKSON, an individual; DAVID J. BOYER, an individual; DOUG V. PHAM, an individual; LAW OFFICES OF LES ZIEVE, a California law firm; LES ZIEVE, an individual; JAMES KNOLES, an individual; ENDRES LAW FIRM, a California law firm; DAVID R. ENDRES, an individual; PITE DUNCAN, LLP, a California law firm; STEVE W. PITE, an individual; JOHN D. DUNCAN, an individual; DAVID E. MCALLISTER, an individual; PETER J. SALMON, an individual; JASON W. SHORT, an individual; SIMIS LAW GROUP, a California law firm; MICOLE SIMIS, an individual; STANLEY YATES, TIFFANY & BOSCO, P.A., an Arizona law firm; MARK S. BOSCO, an individual; GAYLE E. JAMESON, an individual; JESSICA PARTRIDGE, an individual; REBECCA CARLE, an individual; MCCARTHY AND HOLTHUS, LLP, a partnership; JOHN SAGINAW, an individual, AMY STARRETT, an individual; ROBERT JACKSON AND ASSOCIATES, INC., a corporation; and DOES 1 through 200, inclusive,<br><br>    Defendants. |

NOTICE IS HEREBY GIVEN pursuant to Fed. Rule Civ. Pro. 41(a), plaintiffs voluntarily dismiss the above captioned action without prejudice.

Although no reasons are required, as a courtesy to the court, the action is being dismissed at this time and will be re-filed for the following reasons:

1. Counsel is working with several agencies including the State Of California to coordinate proceedings against named defendants and others (and criminal

proceedings in other states).

2. Further investigation is occurring and will be helpful.

3. Many new party defendants need to be added.

4. The case may be re-filed in a court where other class actions are pending as this case is related to other similar actions not only in California, but in Florida, New York, and Seattle.

5. In an attempt to further conceal their wrongful conduct, with the exception of a few defendants, no demand for defense was made to insurance carriers and plaintiffs wish to make sure this occurs.

6. If the case is re-filed in this court, this action will be brought to the attention of the court so it can be reassigned here if the court desires such.

Dated: September 21, 2010                             **PINES AND ASSOCIATES**

By: *[signature]*
   Michael T. Pines
   Attorney for Plaintiffs