**\*\*E-filed 09/22/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| URSULA MCCOMAS, et al., | No. C 10-2622 RS |
| Plaintiffs, | **ORDER RE PENDING MOTIONS** |
| v. | |
| EARL L. WALLACE, et al., | |
| Defendants, | |

In view of plaintiffs' voluntary dismissal of this action, all pending motions to dismiss and motions to strike are denied as moot. The hearing on motions seeking sanctions under Rule 11 of the Federal Rules of Civil Procedure is vacated. Notwithstanding the dismissal, the Court retains discretion to impose sanctions under Rule 11, if warranted. *See Cooter & Gell v. Hartmarx Corp.,* 496 U.S. 384 (1990). Within 15 days of the date of this order, any defendant who has moved for Rule 11 sanctions and who contends the Court must decide that issue, or that it should exercise its discretion to do so, may file a further brief, not to exceed seven pages, setting forth its position. Similarly, any defendant who has sought to recover fees under California's anti-SLAPP statute and who contends the Court must or should still reach that issue, may file a further brief also not to exceed seven pages by the same deadline. Within ten days of any such briefs being filed, plaintiff may file a single consolidated response, not to exceed a total of 14 pages, with no more than seven pages addressing whether the Court must or should reach the Rule 11 sanctions question, and no

United States District Court
For the Northern District of California

1  more than seven pages directed to the question of whether the anti-SLAPP fees issue must or should
2  be decided.  No opposition to the merits of those motions need be filed, and no hearing will be held,
3  absent further order.

5  IT IS SO ORDERED.

7  Dated: 09/22/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2